IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RODERICK COLEMAN, )
        Plaintiff(s), ) No. C 10-0954 CRB (PR)
  vs. ) ORDER OF DISMISSAL WITH
) LEAVE TO AMEND
LT. ADAM, et al., )
        Defendant(s). )

On March 5, 2010, while plaintiff was incarcerated at the San Francisco County Jail, he filed a pro se prisoner complaint under 42 U.S.C. § 1983 alleging various violations of his constitutional rights, including mail tampering and denial of due process in connection with false disciplinary charges.

Plaintiff has since sought leave to proceed in forma pauperis under 28 U.S.C. § 1915 and filed additional pleadings suggesting that he wishes to allege additional facts and submit additional documents in support of his claims. Good cause appearing, plaintiff's request to proceed in forma pauperis is granted and the complaint is dismissed with leave to amend to incorporate all allegations and supporting documents (and all defendants) into one complaint within 30 days of this order. The pleading must be simple and concise and must include the caption and civil case number used in this order and the words FIRST AMENDED COMPLAINT on the first page. Failure to file a proper amended complaint within the designated time will result in the dismissal of this action.

Plaintiff is advised that the amended complaint will supersede the original complaint and all other earlier pleadings. Claims and defendants not included in the first amended complaint will not be considered by the court. See King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987).

SO ORDERED.

DATED: July 1, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.10\Coleman, R2.dwlta.wpd