1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 RODERICK COLEMAN,                    )          No. C 10-0954 LHK (PR)
                                        )
12          Plaintiff,                  )          ORDER OF DISMISSAL
                                        )
13    v.                                )
                                        )
14 LT. ADAM, et al.,                    )
                                        )
15          Defendants.                 )
   _____)

16
17      Plaintiff, an inmate at the San Francisco County Jail, filed a pro se civil rights complaint
18 pursuant to 42 U.S.C. § 1983.  Upon initial screening of the complaint, on July 2, 2010, the
19 Court concluded that while the original complaint alleged various violations of his constitutional
20 rights, Plaintiff thereafter submitted written communications to the Court suggesting that he
21 wished to allege additional facts and submit additional documents in support of his claims.
22 Thus, the Court dismissed Plaintiff's original complaint with leave to amend.  In the order, the
23 Court ordered Plaintiff to file an amended complaint including all allegations and supporting
24 documents within 30 days of the order.  The Court warned that if Plaintiff failed to file a
25 response within the Court's deadline, it would result in the dismissal of this action without
26 prejudice.  To date, the Court has received no response from plaintiff.

27      Accordingly, the instant action is DISMISSED without prejudice.  The Clerk shall close
28 the file.

Order of Dismissal
P:\PRO-SE\SJ.LHK\CR.10\Coleman954dis.wpd

1    IT IS SO ORDERED.

2    DATED: _August 13, 2010_    _Lucy H. Koh_

3                                LUCY H. KOH
                                 United States District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28